MAY 02 2008

3:00cr263(JCH)        4-28-08

Clerk of courts,

I'am writing this letter to the court requesting for a court appointed attorney to represent me, for the crack reduction other than attorney cramer.

I previously filed a 2255 motion against attorney cramer, and it would be a conflict of intrest in it's truest form.

I'am also requesting a copy of the last 3) pages of my docket sheet.

Thank you
Kerwin L. Hamlette