3:00cr-263(JCH)    4-28-08

Clerk of Courts,

I am writing this letter to the court requesting for a court appointed attorney to represent me, for the crack reduction other than attorney Cramer.

I previously filed a 2255 motion against attorney Cramer, and it would be a conflict of Intrest in it's truest form.

I am also requesting a copy of the last 3 pages of my docket sheet.

Thank you
Kevin L. Hamlette

*[Margin annotation:]* Motion to Appoint Counsel is granted. The motion for docket sheet is denied. So Ordered. JCH 5/2/08

*[Stamps:]* FILED 2008 JUN -3 P 12:04 U.S. DISTRICT COURT BRIDGEPORT, CONN; MAY 02 2008